UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:
MARCIA GOTTSCHALK,            Case No. 08-46821-wsd
       Debtor,                 Chapter 13
_____/         Judge: Hon. Walter Shapero
ROY GRUENBURG,
       Plaintiff,

                                         Adv. Proc: 08-04726-wsd

v.

MARCIA GOTTSCHALK,
       Defendant/Debtor.
_____/
CHRISTOPHER E. FRANK (P67169)
Bankruptcy Management Group
Attorney for Plaintiff/Creditor
cfrank@bankruptcymanagementgroup.com
117 W. 4th Street, Ste 201
Royal Oak, MI 48067
(248) 677-7445

KELLY NIGOHOSIAN (P54316)
Attorney for Defendant
450 W. 11 Mile Road
Madison Heights, MI 48071
(248)-543-0300
_____/

**CONSENT JUDGMENT**

THIS MATTER has come before this Court upon the agreement of the parties, by and through their respective attorneys, and in resolution of Adversary Proceeding 08-04726. The parties therefore agree to the following terms:

IT IS HEREBY ORDERED that the Defendant, MARCIA GOTTSCHALK, shall pay to Plaintiff, ROY GRUENBERG, the sum of $20,000.00 with 5% interest per annum at $100.00 per month commencing February 1, 2009 and continuing until the balance is paid in full. This amount is non-dischargeable pursuant to 11 U.S.C. 524(a)(4) and 11 U.S.C. 524(a)(6).

IT IS FURTHER ORDERED that in the event the Debtor defaults with the above mentioned payments, Plaintiff shall notify Defendant via certified mail. If the Debtor fails to cure the default in payments within Fourteen (14) days of the date of said notice the entire balance shall come due immediately, including interest and fees that have accrued up to the default date.

.

**Signed on February 09, 2009**
                                            **\_\_\_\_ \_\_/s/ Walter Shapero\_ \_\_\_**
                                            **Walter Shapero**
                                            **United States Bankruptcy Judge**